2005 OK 60

**In the Matter of the STRIKING OF NAMES of MEMBERS OF the OKLAHOMA BAR ASSOCIATION for Nonpayment of 2004 Dues.**

**S.C.B.D. No. 4930.**

Supreme Court of Oklahoma.

Sept. 12, 2005.

## ORDER STRIKING NAMES

JOSEPH M. WATT, Chief Justice.

[¶ 1] Now on this 19th day of August, 2005, there came on for consideration the Application for Order Striking Names by the Board of Governors of the Oklahoma Bar Association petitioning for the striking of names of attorneys from the membership rolls of the Oklahoma Bar Association and from the practice of law in the State of Oklahoma for failure to pay dues as members of the Oklahoma Bar Association for the year 2004.

[¶ 2] It appears to the Court that the Board of Governors at their August 19, 2005, meeting, in compliance with Article VIII, § 5 of the Rules Creating and Controlling the Oklahoma Bar Association, 5 O.S., Ch. 1, App. 1 (1981), established that the hereinafter named members of the Oklahoma Bar Association were suspended from membership in the Association and from the practice of law in the State of Oklahoma by Order of this Court in Case No. S.C.B.D. 4930 on July 1, 2004. It further appears to the Court that the Board of Governors have determined that no application for reinstatement has been filed by said members within one year of suspension. In addition, it appears to the Court that on August 19, 2005, the Board of Governors declared that the members hereinafter set out on the attached Exhibit ceased to be members of said Association and therefore ordered the names of said members be stricken from the membership rolls of the Oklahoma Bar Association.

[¶ 3] **THE COURT THEREFORE FINDS** that the actions of the Board of Governors of the Oklahoma Bar Association are in compliance with the Rules Creating and Controlling the Oklahoma Bar Association, that the Application for Order to Strike Names should be sustained, and that the following attorneys should be and are hereby stricken from the membership rolls of the Oklahoma Bar Association and from the practice of law in the State of Oklahoma, for failure to pay their dues as members of the Association for the year 2004.

DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE THIS 12th DAY OF SEPTEMBER, 2005.

ALL JUSTICES CONCUR.

### EXHIBIT A

Richard Wayne Bohan — OBA No. 11229
8915 Red Cloud Road
Houston, TX 77064

Alford A. Bratcher — OBA No. 13661
RR 4 Box 224 G
Duncan, OK 73533–9437

Geoffrey Layton Burks — OBA No. 18664
1015 Providence Towers E
5001 Spring Valley Rd
Dallas, TX 75244

David M. Casey — OBA No. 1544
1903 W University Ave
Stillwater, OK 74074

Keith Tulloss Childers — OBA No. 1657
5017 Steanson # E
Oklahoma City, OK 73112

Loeva Jane Martin Cook — OBA No. 1870
622 New Jersey Ave
Norfolk, VA 23508

Michael Charles Heathco — OBA No. 14580
PO Box 406
Lawton, OK 73502-0406

Eugenia Maria Hernandez — OBA No. 18909
PO Box 2624
Iowa City, IA 52244

Kimberly D. King-Hopkins — OBA No. 19025
MD 41–3
One Williams Cntr
Tulsa, OK 74172

Mark Douglas Mainprize — OBA No. 16268
23804 E. Tecumseh Ave.
Catoosa, OK 74015

Shirley Ann Marzan — OBA No. 17092
15889 SW 66th Terr
Miami, FL 33193

Peter Gregory Pariseau — OBA No. 14863
PO Box 35827
Tulsa, OK 74153-0827

William David Ridout — OBA No. 7572
6716 S St Louis Ave
Tulsa, OK 74136

Scott Gerald Robelen — OBA No. 14016
3987 S. Gessner # 360
Houston, TX 77063

James Carl Schlecht — OBA No. 15619

3034 Lacey
Chickasha, OK 73018-7323

Robert Wayne Stansel    OBA No. 18607
Tawwater & Slama LLP
211 N Robinson Ste 1950
Oklahoma City, OK 73102

Joseph David Weinstock    OBA No. 19252
1341 Yale St # 5
Santa Monica, CA 90404

Laurie Ann Welborn    OBA No. 13538
9806 Pleasant Rd
Daphne, AL 36526

Barbara Anne West    OBA No. 18489
1516 Avondale Drive
Norman, OK 73069